UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRET BRAY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>LATHEM TIME CO.,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:22-cv-01748-JPB |

## J U D G M E N T

This action having come before the court, Honorable J. P. Boulee, United States District Judge, for consideration of defendant's motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 20th day of December, 2022.

　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　By:　　s/ N. Bowen
　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
December 20, 2022
Kevin P. Weimer
Clerk of Court

By:　s/ N. Bowen
　　　　Deputy Clerk